**C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY**
Culver Road Armory
145 Culver Road, Suite 100
Rochester, New York 14620
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylancode.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sciaccia@boylancode.com

October 24, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

    Re:    **Prabhjit Singh**
            **Bankruptcy Case #10-21072**
            **Request to Deposit Unclaimed Funds into the United States Treasury**

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.25. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    \_\_\_\_\_    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    **X**    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    **Claimant: DFS Services LLC    Amount: $3.25    Claims Register: #1**

                                        C. Bruce Lawrence

Case Number 10-21072 - SINGH, PRABHJIT

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | 000001 | 392.11 | 3.25 |
| ---------- Remittance Total -------------- | | 392.11 | 3.25 |

C. BRUCE LAWRENCE, Trustee